# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| Kristi VonDeylen, | : | Case No. 24-3578 |
| | : | |
| Appellee, | : | |
| | : | |
| v. | | |
| | : | |
| Aptive Environmental, LLC, | | |
| | : | |
| Appellant. | | |
| | : | |

## APPELLANT'S DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES

Now comes Appellant, Aptive Environmental, LLC, by and through undersigned counsel, and provides its Designation of the Record and Statement of Issues as follows.

Appellant designates the following record items from the district court proceedings:

First Amended Complaint – Docket No. 15

Motion to Compel Arbitration (and related documents) – Docket Nos. 17-22

1

Memorandum in Opposition to Motion to Compel Arbitration – Docket Nos. 24 and 24-1

Reply Memorandum in Support of Motion to Compel Arbitration – Docket No. 26

Memorandum Opinion and Order – Docket No. 33

Transcript of Hearing before the district court

    Appellant presents the following statement of issues for review:

    Whether the district court erred by finding that the Appellee's claims are not subject to arbitration pursuant to the terms of the service contract with Appellant, Aptive Environmental, LLC?

Respectfully submitted,

*/s/ Lisa Ann Messner*

***ATTORNEY FOR APPELLANT***
***APTIVE ENVIRONMENTAL, LLC.***

## CERTIFICATE OF SERVICE

    I certify that on January 23, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court of Appeals for the Eighth District, which will serve all counsel and parties having appeared in this matter.

*/s/ Lisa Ann Messner*
Counsel for Appellant
Aptive Environmental, LLC