# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: VonDeylen vs. Aptive Environmental LLC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3578 for the following party(s): (please specify)

Kristi VonDeylen

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Lucia Goin     s/: Lucia Goin

Firm Name: Public Justice

Business Address: 1620 L St. NW, Ste. 630

City/State/Zip: Washington, DC 20036

Telephone Number (Area Code): 202-470-1061

Email Address: lgoin@publicjustice.net

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 2/18/2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: