# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Lisa Ann Messner |
| **cc:** | Walter C. Blackham |
| | Lucia Goin |
| | Carter B. Lyons |
| | Thomas John Lyons Jr. |
| | Sonia Miller-Van Oort |
| | Sheri L. Stewart |
| **FROM:** | Clifford R. Jackson |
| **DATE:** | February 26, 2025 |
| **RE:** | 24-3578  Kristi VonDeylen v. Aptive Environmental, LLC |

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

___X___ TABLE OF AUTHORITIES IS MISSING OR **INCOMPLETE**.  See FRAP 28(a)(3).

Table of Authorities should be in alphabetical order.

___X___ CERTIFICATE OF COMPLIANCE is missing or does not comply with FRAP 32(a)(7)(B).

Please provide the exact word count/page number.  Please also provide the name of the word processing software used.

___X___ Please remove the Addendum page at page 21 of the brief.

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.